IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

        Plaintiff,                                      No. 2:10-cv-0796 JFM (PC)

   vs.

K. TERRY, et. al.,

        Defendants.                      ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. By order filed June 15, 2010, plaintiff was granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and directed to return documents necessary for service of the complaint on five defendants.

        Review of court records reveals that on at least three occasions lawsuits filed by the plaintiff have been dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted. See Order and Findings and Recommendations, filed Oct. 7, 2009, in Miller v. McGrath, No. 2:08-cv-00070 HWG-KSC (PC) (E.D. Cal.), slip op. at 2 and cases cited therein.[1] Plaintiff is therefore precluded from proceeding in forma

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1 pauperis in this action unless plaintiff is "under imminent danger of serious physical injury." 28
2 U.S.C. § 1915(g).  Plaintiff has not alleged any facts which suggest that he is under imminent
3 danger of serious physical injury.  Thus, plaintiff must submit the appropriate filing fee in order
4 to proceed with this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This court's June 15, 2010 orders are vacated;

2. Plaintiff shall submit, within twenty days from the date of this order, the filing fee of three hundred fifty dollars ($350.00); plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

3. The Clerk of the Court is directed to serve a copy of this order on the Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento California 95814.

DATED: July 20, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
mill0796.fee